UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>  vs.<br><br>JOSEPH PALERMO,<br><br>         Defendant. | Case No. 15CR2932-H<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, with prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Superseding Information:

  18:1084 – Transmitting Wagering Information

Dated: 10/6/2016

                    Hon. Louisa S. Porter
                    United States Magistrate Judge

FILED
OCT - 6 2016